IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID A. PIKE,
et al.,

      Plaintiffs,

vs.

BOB CALDWELL DODGE
COUNTRY, INC.,
et al.,

      Defendants.

Case No. C2-07-960
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

### ORDER

The parties have notified the Court that they have reached a full settlement of the issues raised in this case and intend to dismiss with prejudice all remaining claims against all remaining Defendants. Accordingly, Defendants' Motion to Dismiss or in the alternative to Stay and Compel Arbitration (Doc. #4); Defendant Meyers' Amended Motion to Dismiss for Lack of Jurisdiction and Failure to State A Claim Upon Which Relief Can Be Granted (Doc. #19); and Plaintiffs' Motion for Default Judgment as to Defendant Jason Yuschak (Doc. #20) are **DENIED WITHOUT PREJUDICE**, subject to reactivation by the filing of notice by any party that the settlement has failed.

      IT IS SO ORDERED.

_____
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE